ATTACHMENT 4
# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA      :

     :

       vs.            :      DOCKET NUMBER:      11-CR-20386-01

     :

       Lawrence SAMPLE        :

## ORDER

## HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following verbal reprimand and sanction:

X   You must adhere to the following mandatory condition of supervised release: "The defendant shall not commit another federal, state or local crime."

X   Complete an Anger Management program.

X   Loss of credit for one month. (October 2025-November 2025)

X   No contact with the following individual: Aeisha Fambro.

☐ Return to the U.S. Courthouse on _____ to observe the following proceedings:

_____

☐ Provide a written _____ -page explanation for noncompliant behavior, as directed.

☐ Travel restricted as follows:_____

☐ Increased reporting to the probation officer as follows: _____

☐ Increased drug testing as follows: _____

☐ Participation in drug, alcohol, or mental health treatment.

☐ Complete _____ hours community service as directed.

☐ Comply with the following curfew restrictions or home confinement: _____

_____

☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.

☐ Serve _____ days in jail, to be released on _____

☐ Termination from the H.O.P.E. Program.

☐ Changes in current treatment: _____

_____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on December 18, 2025, at 2:00 p.m. at the U.S. Courthouse in the Eastern District of Michigan.

Dated this 13th day of November 2025.

United States District Judge